UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO B. TURNER, JR.,

      Plaintiff,

      v.

SACTO'S D.A. OFFICE, et al.,

      Defendants.

No.  2:26-cv-1830 AC P

ORDER

Plaintiff, a county prisoner proceeding pro se, has filed a motion for ninety-day extension of time on the ground that he is seeking counsel to represent him.  ECF No. 7.  Plaintiff does not identify what deadline he seeks to extend.  The only present deadline is for plaintiff to submit a certified copy of his inmate trust account statement, which is currently due by June 25, 2026.  ECF No. 4.  He offers no explanation as to why he would require counsel's assistance to obtain a copy of his trust account statement from the jail and file it with the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 7) is DENIED.

DATED: June 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE